UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| TIMOTHY G. GRADI ) | Case No. 21-31482 |
| LINDA S. GRADI ) | Chapter 7 |
| ) | |
| Debtors ) | |

**O R D E R**

Claim 2-1 having been amended, Trustee Rebecca Hoyt Fischer's objection to that claim is moot.

SO ORDERED.

Dated:  May 25, 2022

*Paul E. Singleton*
JUDGE, UNITED STATES BANKRUPTCY COURT