# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 21-31482 |
| TIMOTHY G. GRADI ) | S.S.# xxx-xx-4160 |
| LINDA S. GRADI ) | S.S.# xxx-xx-8213 |
|     Debtor. ) | Chapter 7 Bankruptcy |

## REPORT OF SALE

Comes now Rebecca Hoyt Fischer, Trustee herein, and for her Report of Sale states:

1. On August 8, 2022, the Trustee received payment regarding the sale of Debtor's 2011 Dodge Ram 3500 vehicle having VIN# 3D73Y4CL5BG567747 in the amount of $17,370.00. Pursuant to the Court's order approving the sale entered on July 26, 2022, Trustee's Auctioneer deducted its fees of $365.00 and its expenses of $265.00 from the gross settlement of $18,000.00.

2. The Trustee reports that the Auctioneer has performed his duties to the estate and that the bond issued on April 26, 2022 by The Ohio Casualty Insurance Company as surety to the United States of America in the sum of $28,000.00 (the "Bond") be released.

WHEREFORE, the Trustee respectfully requests that the Court approve this Report of Receipt of Funds and the Bond be released.

Date: August 8, 2022

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer      #10537-72
LADERER & FISCHER
525 E. Colfax Ave., Unit 101
South Bend, IN 46617
Telephone: (574) 284-2354
rebecca@ladfislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, a true and correct copy of the above and foregoing Report was served electronically through the court's ECF system upon the following parties:

| | |
|---|---|
| U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov | REGINA M. WILKINSON<br>REGINAWILKINSON@SBCGLOBAL.NET |

and by depositing same in the United States Mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| TIMOTHY G. GRADI<br>PO BOX 797<br>LA PORTE, IN 46352 | LINDA S. GRADI<br>PO BOX 797<br>LA PORTE, IN 46352 |

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer